# UNITED STATES BANKRUPTCY COURT
EASTERN **DISTRICT OF** NEW YORK

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| R SHIMON BAR YOKHAI CAB CORP. | § | Case No. 19-75324 REG |
| | § | |
| Debtor | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

RICHARD L. STERN, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 1,500,000.00 *(Without deducting any secured claims)* | Assets Exempt: NA |
| Total Distributions to Claimants: 23,732.60 | Claims Discharged Without Payment: NA |
| Total Expenses of Administration: 41,467.40 | |

3) Total gross receipts of $ 65,200.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 65,200.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ 4,012,600.00 | $ 4,012,600.00 | $ 12,600.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 291,580.54 | 291,580.54 | 41,467.40 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 7,376.95 | 11,465.95 | 11,132.60 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | NA | 250,000.00 | 250,000.00 | 0.00 |
| **TOTAL DISBURSEMENTS** | $ NA | $ 4,561,557.49 | $ 4,565,646.49 | $ 65,200.00 |

4)  This case was originally filed under chapter 11 on  07/29/2019 , and it was converted to chapter 7 on  06/30/2020 .  The case was pending for 16 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  11/03/2021                    By:/s/RICHARD L. STERN, TRUSTEE
                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| DIP bank account | 1290-000 | 65,200.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 65,200.00** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ 0.00** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | DEPALMA ACQUISITION I, LLC | 4210-000 | NA | 12,600.00 | 12,600.00 | 12,600.00 |
| 000004A | DEPALMA ACQUISITIONS I, LLC | 4210-000 | NA | 4,000,000.00 | 4,000,000.00 | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ NA** | **$ 4,012,600.00** | **$ 4,012,600.00** | **$ 12,600.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| TRUSTEE COMPENSATION:RICHARD L. STERN | 2100-000 | NA | 6,510.00 | 6,510.00 | 6,510.00 |
| TRUSTEE EXPENSES:RICHARD L. STERN | 2200-000 | NA | 39.00 | 39.00 | 39.00 |
| INTERNATION SURETIES LTD. | 2300-000 | NA | 26.16 | 26.16 | 26.16 |
| AXOS BANK | 2600-000 | NA | 52.17 | 52.17 | 52.17 |
| U. S. TRUSTEE PAYMENT CENTER | 2950-000 | NA | 325.00 | 325.00 | 325.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):KANTROW LAW GROUP PLLC | 3110-000 | NA | 4,500.00 | 4,500.00 | 4,500.00 |
| ATTORNEY FOR TRUSTEE FEES (TRUSTEE FIRM):ROSEN & KANTROW PLLC | 3110-000 | NA | 7,737.50 | 7,737.50 | 7,737.50 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):KANTROW LAW GROUP PLLC | 3120-000 | NA | 83.19 | 83.19 | 83.19 |
| ATTORNEY FOR TRUSTEE EXPENSES (TRUSTEE FIRM):ROSEN & KANTROW PLLC | 3120-000 | NA | 619.38 | 619.38 | 619.38 |

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| ACCOUNTANT FOR TRUSTEE FEES (TRUSTEE FIRM):JOSEPH A. BRODERICK, CPA | 3310-000 | NA | 1,575.00 | 1,575.00 | 1,575.00 |
| ON-LINE AUCTIONEER/LIQUIDATOR FOR TRUSTEE FEES:MALTZ AUCTIONS INC. | 3630-000 | NA | 20,000.00 | 20,000.00 | 20,000.00 |
| ATTORNEY FOR DEBTOR FEES:PORZIO, BROMBERG & NEWMAN, P.C. | 3701-000 | NA | 250,113.14 | 250,113.14 | 0.00 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 291,580.54 | $ 291,580.54 | $ 41,467.40 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NYC DEPT OF TAX/FINANCE | 6990-000 | NA | 0.00 | 0.00 | 0.00 |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | NEW YORK CITY DEPT. OF FINANCE | 5800-000 | NA | 0.00 | 822.00 | 822.00 |
| | NEW YORK STATE CORPORATION TAX | 5800-000 | NA | 0.00 | 994.00 | 994.00 |
| 000002 | NYC DEPARTMENT OF FINANCE | 5800-000 | NA | 34.05 | 34.05 | 21.76 |
| 000001 | NYC DEPT OF TAX/FINANCE | 5800-000 | NA | 0.00 | 0.00 | 0.00 |
| 000005 | NYC TAXI & LIMOUSINE COMMISSION | 5800-000 | NA | 7,342.90 | 7,342.90 | 7,021.84 |
| | TREASURY, UNITED STATES | 5800-000 | NA | 0.00 | 2,273.00 | 2,273.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 7,376.95 | $ 11,465.95 | $ 11,132.60 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | EDISON CAPA | 7100-000 | NA | 250,000.00 | 250,000.00 | 0.00 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ NA | $ 250,000.00 | $ 250,000.00 | $ 0.00 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page:    1

**Exhibit 8**

Case No:        19-75324      REG    Judge: ROBERT E. GROSSMAN
Case Name:    R SHIMON BAR YOKHAI CAB CORP.

For Period Ending:  11/03/21

Trustee Name:            RICHARD L. STERN, TRUSTEE
Date Filed (f) or Converted (c):    06/30/20 (c)
341(a) Meeting Date:        08/04/20
Claims Bar Date:            10/01/20

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. DIP bank account  turnover of DIP funds upon conversion to chapter 7 | 0.00 | 65,200.00 | | 65,200.00 | FA |
| 2. 20 taxi medallions  debtor relects only assets of 20 taxi medallions subject to lien of secured creditor | 1,500,000.00 | 1,500,000.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)          $1,500,000.00        $1,565,200.00        $65,200.00        $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

trustee has determined that the 20 taxi medallions have been surrendered and are not in use. Negotiating with secured
lender on carve out to sell medallions, Bar date set.
Chapter 11 Administrative bar date expires 9/17/20. July 17, 2020, 07:32 am
Taxi medallions sold per court order. Secured lender DePalma purchased medallions with credit bid and carve out
agreement with estate. Accountant retained to prepare estate tax returns. April 02, 2021, 07:07 am
TFR filed today along with related documents.June 01, 2021, 06:01 pm Final report hearing on for July 26, 2021 before
Judge Grossman. July 22, 2021, 02:36 pm
Distribution made to creditors per order approving file reprot. TDR to be filed. October 04, 2021, 09:59 am
TDR filed today. October 05, 2021, 09:44 am

Initial Projected Date of Final Report (TFR):  /  /        Current Projected Date of Final Report (TFR):  /  /

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:  1

**Exhibit 9**

| | |
|---|---|
| Case No: | 19-75324  -REG |
| Case Name: | R SHIMON BAR YOKHAI CAB CORP. |
| | |
| Taxpayer ID No: | *******4534 |
| For Period Ending: | 11/03/21 |

| | |
|---|---|
| Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0282  Checking Account (Non-Interest Earn |
| | |
| Blanket Bond (per case limit): | $  47,747,648.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 07/23/20 | 1 | R Shimon Bar Yokhai Cab Corp<br>Debtor-in-possession, 19-75324<br>Operating account<br>723 Hungry Harbor Road<br>North Woodmere, NY 11581 | turnover  of proceeds in DIP chapte<br>r 11 account as of the conversion date.to chapter 7 | 1290-000 | 65,200.00 | | 65,200.00 |
| 12/10/20 | 010001 | INTERNATION SURETIES LTD.<br>701 Poydras Street<br>Suite 420<br>New Orleans, LA  70139 | Blanket Bond Through 01/01/22 | 2300-000 | | 26.16 | 65,173.84 |
| 02/04/21 | 010002 | Maltz Auctions Inc.<br>39 Windsor Place<br>Central Islip, NY 11722 | Fees per court order 02/02/21 # 121 | 3630-000 | | 20,000.00 | 45,173.84 |
| 03/03/21 | | AXOS BANK | BANK SERVICE FEE | 2600-000 | | 52.17 | 45,121.67 |
| 03/17/21 | 010003 | DePalma Acquisition I, LLC | payment to secured lender per carve<br>per court orders dated 11/3/20 and 3/16/21 | 4210-000 | | 12,600.00 | 32,521.67 |
| 05/02/21 | 010004 | United States Treasury | estate taxes due with final return<br>1120 Corp Tax return taxes due. | 5800-000 | | 2,273.00 | 30,248.67 |
| 05/02/21 | 010005 | New York State Corporation Tax | estate taxes due on final return<br>payment of Ct-200-v NYS corp taxes due | 5800-000 | | 994.00 | 29,254.67 |
| 05/02/21 | 010006 | New York City Dept. of Finance | estate taxes due to NYC | 5800-000 | | 822.00 | 28,432.67 |

Page Subtotals          65,200.00          36,767.33

Ver: 22.03e

LFORM24

**UST Form 101-7-TDR (10/1/2010)** *(Page: 8)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No: | 19-75324  -REG | Trustee Name: | RICHARD L. STERN, TRUSTEE |
|---|---|---|---|
| Case Name: | R SHIMON BAR YOKHAI CAB CORP. | Bank Name: | AXOS BANK |
| | | Account Number / CD #: | *******0282  Checking Account (Non-Interest Earn |
| Taxpayer ID No: | *******4534 | | |
| For Period Ending: | 11/03/21 | Blanket Bond (per case limit): | $ 47,747,648.00 |
| | | Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | payment of NYC-200v 2020 taxes | | | | |
| 07/28/21 | 010007 | RICHARD L. STERN<br>38 NEW STREET<br>HUNTINGTON, NY 11743 | Chapter 7 Compensation/Fees | 2100-000 | | 6,510.00 | 21,922.67 |
| 07/28/21 | 010008 | RICHARD L. STERN<br>38 NEW STREET<br>HUNTINGTON, NY 11743 | Chapter 7 Expenses | 2200-000 | | 39.00 | 21,883.67 |
| 07/28/21 | 010009 | U. S. Trustee Payment Center<br>PO Box 6200-19<br>Portland, Or. 97228 | U. S. Trustee Quarterly Fees | 2950-000 | | 325.00 | 21,558.67 |
| 07/28/21 | 010010 | KANTROW LAW GROUP PLLC<br>6901 Jericho Turnpike Suite 230<br>Syosset, NY 11791KANTROW LAW GROUP PLLC | Attorney for Trustee Fees (Trustee<br>trustee legal fees | 3110-000 | | 4,500.00 | 17,058.67 |
| 07/28/21 | 010011 | Rosen & Kantrow PLLC<br>38 New Street<br>Huntington, NY 11743 | Claim ROSEN, Payment 100.00000%<br>attorney expenses | 3110-000 | | 7,737.50 | 9,321.17 |
| 07/28/21 | 010012 | KANTROW LAW GROUP PLLC<br>6901 Jericho Turnpike Suite 230<br>Syosset, NY 11791KANTROW LAW GROUP PLLC | Attorney for Trustee Expenses (Trus | 3120-000 | | 83.19 | 9,237.98 |
| 07/28/21 | 010013 | Rosen & Kantrow Pllc<br>38 New Stree<br>Huntington, NY 11743 | Attorney for Trustee Expenses (Trus | 3120-000 | | 619.38 | 8,618.60 |

|  | Page Subtotals | 0.00 | 19,814.07 |
|---|---|---|---|

Ver: 22.03e

FORM 2
### ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page:    3

**Exhibit 9**

| | |
|---|---|
| Case No: | 19-75324  -REG |
| Case Name: | R SHIMON BAR YOKHAI CAB CORP. |
| Taxpayer ID No: | *******4534 |
| For Period Ending: | 11/03/21 |

| | |
|---|---|
| Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0282  Checking Account (Non-Interest Earn |
| Blanket Bond (per case limit): | $ 47,747,648.00 |
| Separate Bond (if applicable): | |

| 1<br>Transaction<br>Date | 2<br>Check or<br>Reference | 3<br>Paid To / Received From | 4<br>Description Of Transaction | Uniform<br>Tran. Code | 5<br>Deposits ($) | 6<br>Disbursements ($) | 7<br>Account / CD<br>Balance ($) |
|---|---|---|---|---|---|---|---|
| 07/28/21 | 010014 | Joseph A. Broderick, CPA<br>734 Walt Whitman Road Suite 204<br>Melville, NY 11747 | Accountant for Trustee Fees (Truste | 3310-000 | | 1,575.00 | 7,043.60 |
| * 07/28/21 | 010015 | NYC Dept of Tax/Finance<br>Bankruptcy/special procedures<br>PO Box 5300<br>Albany, NY 12205 | Claim 000006, Payment 100.00000% | 6990-000 | | 1,484.16 | 5,559.44 |
| * 07/28/21 | 010016 | NYC Dept of Tax/Finance<br>Bankruptcy/special procedures<br>PO Box 5300<br>Albany, NY 12205 | Claim 000001, Payment 63.89735% | 5800-000 | | 845.79 | 4,713.65 |
| 07/28/21 | 010017 | NYC Department of Finance<br>Tax, Audit and Enforcement Division<br>375 Pearl Street<br>New York, NY 10038<br>Attn: Bankruptcy Unit | Claim 000002, Payment 63.90602% | 5800-000 | | 21.76 | 4,691.89 |
| 07/28/21 | 010018 | NYC Taxi & Limousine Commission<br>33 Beaver St, 22nd Floor<br>New York, NY 10004 | Claim 000005, Payment 63.89696% | 5800-000 | | 4,691.89 | 0.00 |
| * 08/12/21 | 010015 | NYC Dept of Tax/Finance<br>Bankruptcy/special procedures<br>PO Box 5300<br>Albany, NY 12205 | Claim 000006, Payment 100.00000% | 6990-000 | | -1,484.16 | 1,484.16 |

| | | | | Page Subtotals | 0.00 | 7,134.44 | |

Ver: 22.03e

**FORM 2**

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | | |
|---|---|---|
| Case No: | 19-75324 -REG | |
| Case Name: | R SHIMON BAR YOKHAI CAB CORP. | |

| | |
|---|---|
| Trustee Name: | RICHARD L. STERN, TRUSTEE |
| Bank Name: | AXOS BANK |
| Account Number / CD #: | *******0282  Checking Account (Non-Interest Earn |

| | |
|---|---|
| Taxpayer ID No: | *******4534 |
| For Period Ending: | 11/03/21 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 47,747,648.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| * 08/12/21 | 010016 | NYC Dept of Tax/Finance<br>Bankruptcy/special procedures<br>PO Box 5300<br>Albany, NY 12205 | Claim 000001, Payment 63.89735% | 5800-000 | | -845.79 | 2,329.95 |
| 09/12/21 | 010019 | NYC Taxi & Limousine Commission<br>33 Beaver St, 22nd Floor<br>New York, NY 10004 | Claim 000005, Payment 31.73065% | 5800-000 | | 2,329.95 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | 65,200.00 | 65,200.00 | 0.00 |
| Less:  Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 65,200.00 | 65,200.00 | |
| Less:  Payments to Debtors | | 0.00 | |
| Net | 65,200.00 | 65,200.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account (Non-Interest Earn - *******0282 | 65,200.00 | 65,200.00 | 0.00 |
| | 65,200.00 | 65,200.00 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

| | | |
|---|---|---|
| Page Subtotals | 0.00 | 1,484.16 |

Ver: 22.03e